IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR-19-283-C |
| | ) | |
| MARK WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Defendant has filed a Motion to Continue the trial of this case, presently set for the October 2019 trial docket, to the December 2019 trial docket. Defendant notes that Plaintiff does not object to the request. In support of the request, Defendant's counsel states that he has not yet received all discovery from Plaintiff. Counsel notes the additional time is necessary to review the new discovery and properly prepare the matter for trial.

After consideration of the Tenth Circuit's rulings in United States v. Toombs, 574 F.3d 1262 (10th Cir. 2009); United States v. Larson, 627 F.3d 1198 (10th Cir. 2010), and the parameters of the Speedy Trial Act, the Court finds that a continuance is in the interest of justice for the following reasons:

1. The continuance granted herein is brief and only marginally affects the time limits imposed by the Speedy Trial Act.

2. Due to the issues set forth above, the Court concludes that the current trial date does not permit adequate time for either party to effectively prepare for trial.

3. Defendant's right to have adequately-prepared counsel at the trial of this matter outweighs any interest the public has in the trial occurring in October 2019 as opposed to December 2019. 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Defendant's First Motion for Continuance of Trial (Dkt. No. 16) is GRANTED. This matter shall be set on the Court's December 2019 trial docket. The time shall be excluded from the speedy trial clock. All pretrial motions shall be filed and served on or before November 15, 2019. The party opposing the motion shall file and serve a response within nine days after the motion is filed. All other documents and materials shall be filed in accordance with the deadlines in the Federal Rules of Criminal Procedure and this Court's Local Criminal Rules.

IT IS SO ORDERED this 25th day of September 2019.

*ROBIN J. CAUTHRON*
United States District Judge